# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ACTION CORPORATION,

    Plaintiff(s)

    v.

THOSHIBA AMERICA CONSUMER
PRODUCTS, INC., ET AL.,

    Defendant(s)

Civ. No. 97-1134PG()

*RECEIVED & FILED 99 OCT -5 PM 2:19 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket #48 - Motion to Compel | Granted as requested. Defendant shall respond not later than October 15, 1999. |

Date: September 30, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

