UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 OCT 22 AM 11:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ACTION CORPORATION,

    Plaintiff(s)

v.   Civil No. 97-1134(PG)

TOSHIBA AMERICA CONSUMER PRODUCTS, INC., ET AL.,

    Defendant(s)

| MOTION | ORDER |
| --- | --- |
| Docket #50- Request for Reconsideration of the Court's Order of September 30, 1999, etc. | Denied in toto |

Date: October 21, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge