# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:   December 15, 1999

| | |
|---|---|
| ACTION CORPORATION | |
| Plaintiff | |
| vs. | Civil 97-1134 (PG) |
| TOSHIBA AMERICA CONSUMER PRODUCTS, INC., et al | |
| Defendants | |

By Order of the Court a status conference in the above captioned case, is hereby set for **Thursday, January 13, 2000,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Victoria Ferrer
       Luis Barceló
       Manuel Fernández
       Jorge Segurola