UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ACTION CORPORATION
    Plaintiff,

v.                                    Civil No. 97-1134 (PG)

TOSHIBA AMERICA CONSUMER
PRODUCTS, INC., et al.,
    Defendants

| MOTION | ORDER |
|---|---|
| Docket #54 - Motion For Leave To File The Tendered Supplemental Complaint. | Granted |

Date: ~~January~~ March 23, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

