# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: April 12, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 97-1134 (PG) |

===================================================================

| | |
|---|---|
| ACTION CORPORATION | **Attorneys:** Luis BARCELO |
| | Victoria FERRER KERBER |
| vs. | |
| TOSHIBA AMERICA CONSUMER | Manuel FERNANDEZ BARED |
| PRODUCTS, INC. | Verónica FERRAIUOLI |

===================================================================

SECOND STATUS CONFERENCE held in chambers. Reynaldo Quiñones, economist, is plaintiff's expert. His report has already been submitted to the defendant. His deposition is pending. The plaintiffs request the report of defendant's expert before the deposition of Mr. Quiñones. Defendant's expert is Reynaldo Landa. The defendants are instructed to produce their expert's report by May 1, 2000. The deposition of Reynaldo Quiñones is set for May 9, 2000, in the morning. The deposition of Mr. Landa is set for May 18, 2000, in the morning.

The plaintiff will take the depositions of the following persons: somebody from Sam's Club, somebody from Sears, and somebody from Precision Corp. These persons are in different parts of the United States and some of the depositions will be taken by phone.

By next week the plaintiff will submit a request for production of documents and

| Civil 97-1134 (PG) | Page 2 |
|---|---|
| April 12, 2000 | |

===================================================================

interrogatories. They are granted ten days to do so. The defendant doesn't need any more discovery. The parties are granted 120 days to conclude all the discovery, including the depositions.

**A pretrial conference, which is set for June 15, is reset for September 6, 2000, at 8:30 A.M.** Any dispositive motion is to be filed by August 18, 2000. The defendants have already filed a motion for summary judgment.

The parties are to let the Court know if they are amenable to mediation.

_____
Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel of record.