UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 11 AM 7:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ACTION CORPORATION
    Plaintiff,

v.                                    Civil No. 97-1134(PG)

TOSHIBA AMERICA CONSUMER
PRODUCTS, INC., et al.,
    Defendants

| MOTION | ORDER |
|---|---|
| Docket #58 - Motion To Compel. | Granted. Defendants must produce their expert's report to plaintiff within 15 days from the date of this Order. |

Date: _____May 9_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

