**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**



ACTION CORPORATION,               *
        Plaintiff,                *
                                  *
        v.                        *        Civil  No. 97-1134(PG)
                                  *
TOSHIBA AMERICA CONSUMER          *
PRODUCTS, INC., ET AL.,           *
        Defendants.               *

| MOTION | ORDER |
|---|---|
| Docket #59 - TACP's Opposition To Plaintiff's Motion To Compel. | Denied |

Date: _____ may ____ 9__, 2000.

                        JUAN M. PEREZ-GIMENEZ
                        U.S. District Judge

67