UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUL -6 AM 7:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

ACTION CORPORATION,            *
    Plaintiff,               *
                              *
        v.                      *       Civil No. 97-1134(PG)
                              *
TOSHIBA AMERICA CONSUMER       *
PRODUCTS, INC., ET AL.,        *
    Defendants.               *

| MOTION | ORDER |
| --- | --- |
| Docket #63 - Request For Correction Of Minutes Of Status Conference Held On April 12, 2000. | Denied |

Date: _____July 3_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge