UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED
'00 JUL -6 AM 7:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.*

ACTION CORPORATION,
    Plaintiff,

v.                                Civil No. 97-1134(PG)

TOSHIBA AMERICA CONSUMER
PRODUCTS, INC., ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #68 - Opposition To Request For Correction Of Minutes Of Status Conference Held On April 12, 2000. | Granted as set forth herein. |

Date: _____July 3_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge