UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUL -6 AM 7:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

ACTION CORPORATION,
Plaintiff,

v.

TOSHIBA AMERICA CONSUMER PRODUCTS, INC., ET., AL.,
Defendants.

Civil No. 97-1134(PG)

| MOTION | ORDER |
|---|---|
| Docket #64 - Motion For Leave To Reply To Opposition To TACP's Motion For Partial Summary etc. | DENIED. |
| Docket #65 -Motion Submitting Original Unsworn Declarations etc. | NOTED. |
| Docket #69 - Motion For An Additional Extension Of Time To Reply To Plaintiff's etc. | DENIED. |
| Docket #70 - Motion Requesting Striking of Witness. | DENIED. |
| Docket #71 -Request For Extension Of Time To Respond To Action's etc | GRANTED. |
| Docket #74 - Motion Requesting Extension Of Time To Respond To Toshiba's ect. | MOOT. |
| Docket #75 - Request For Enlargement of Time To Respond To Action's Motion To Strike Drew etc | GRANTED. |
| Docket #76 - Notice Of Appearance | NOTED. |
| Docket #77 - TACP's Response To Action's "Motion Requesting Striking Of Witness". | NOTED. |
| Docket #78 - Motion For A Further Short Extension Of Time. | MOOT. |

Date: July 3, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(5)

