# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE:  August 30, 2000

COURTROOM DEPUTY:  Lida Isis EGELE          CIVIL CASE:  97-1134 (PG)

===================================================================

ACTION CORPORATION

vs.

TOSHIBA AMERICA CONSUMER
PRODUCTS, INC.

===================================================================

BY ORDER OF THE COURT defendant's motion to convert the September 6, 2000 pretrial into a status conference (dkt. #86) is **granted**.  The status conference will be held at 8:30 A.M.

         Lida Isis EGELE
         Courtroom Deputy

s/c and by phone:

| | |
|---|---|
| Bruce McGiverin | (voice mail) |
| Victoria Ferrer | (personally) |
| Luis Barceló | (Ruthy) |
| Manuel Fernández | (voice mail) |
| Jorge Segurola | (Annette) |

(5)

