# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE:  September 6, 2000

COURTROOM DEPUTY:  Lida Isis EGELE          CIVIL CASE:  97-1134 (PG)

========================================================

ACTION CORPORATION                         <u>Attorneys:</u>  Luis BARCELO
                                           Victoria FERRER KERBER
                                           Bruce McGIVERIN
vs.

TOSHIBA AMERICA CONSUMER                    Manuel FERNANDEZ BARED
PRODUCTS, INC.                             Verónica FERRAIUOLI

========================================================

THIRD STATUS CONFERENCE held in chambers.  The parties informed that they have decided to pursue mediation.  They have made preliminary contact with the offices of Professor Green and of Judge Mazzoni to see which of them would be available to serve as mediator.

The plaintiff filed a motion to compel this morning.  The defendants will respond within ten days.  The defendants will provide their expert's report within the next couple of weeks.

Lida Isis EGELE
Courtroom Deputy

s/c:    All counsel of record.