UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ACTION CORPORATION,
    Plaintiff,

v.                              Civil No. 97-1134(PG)

TOSHIBA AMERICA CONSUMER
PRODUCTS, INC., ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #83 - TACP'S Motion For Reconsideration of Opinion & Order Denying Its Request For Partial Summary Judgment. | THE COURT, FINDING NO NEW ARGUMENTS RAISED, **DENIES** DEFENDANT'S MOTION FOR RECONSIDERATION. |

Date: _____December 8_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge