UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ACTION CORPORATION,
    Plaintiff,

v.

TOSHIBA AMERICA CONSUMER
PRODUCTS, INC., ET., AL.,
    Defendants.

Civil No. 97-1134(PG)

RECEIVED & FILED
'00 DEC 12 AM 8 21
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

| MOTION | ORDER |
| --- | --- |
| Docket #88 - Motion To Compel Responses To Interrogatories. | THIS MATTER IS REFERRED TO A MAGISTRATE-JUDGE FOR HIS/HER CONSIDERATION. |
| Docket #91 - TACP's Response To Action's "Motion To Compel Responses To Interrogatories" and Cross-Motion To Compel Action's Responses To Discovery Requests. | THIS MATTER IS REFERRED TO A MAGISTRATE-JUDGE FOR HIS/HER CONSIDERATION. |

Date: _December 8_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge