IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ACTION CORPORATION,

Plaintiff

v.                                                                    CIVIL 97-1134 (PG)

TOSHIBA AMERICA CONSUMER
PRODUCTS, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Stay of Proceedings Until the Parties Finalize Settlement Documents, 01-29-01. | 95 | Granted. |

In San Juan, Puerto Rico, this 31st day of January, 2001.

JUSTO ARENAS
United States Magistrate Judge