UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


ACTION CORPORATION,
    Plaintiff,

        v.                         Civil  No. 97-1134(PG)

TOSHIBA AMERICA CONSUMER
PRODUCTS, INC., ET AL.,
    Defendants.


| MOTION | ORDER |
|---|---|
| Docket **#97** - Stipulation of Dismissal. | **Approved.** |


Date: ____June____ ___30___ , 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge