UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ACTION CORPORATION,
 Plaintiff,

v.          CIVIL NO. 97-1134(PG)

TOSHIBA AMERICA CONSUMER
PRODUCTS, INC., ET AL.,
 Defendants.

## JUDGMENT

On this same date the Court has entered an Order approving the stipulation of dismissal with prejudice signed by the parties on June 15, 2001, (Docket No. 97). WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING with prejudice** all claims in this case, without imposition of costs, expenses or attorneys' fees.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _June 20_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge